O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and GEORGE M. TYNDALL,<br><br>    Defendants. | Case No.: 2:21-cv-01272–DDP (ASx)<br>2:22-CV-03184 DDP (ASx)<br>2:23-CV-2975 DDP (ASx)<br><br>**ORDER ON THE PARTIES' STIPULATION TO CONSOLIDATE CASES AND REQUEST TO CONTINUE JUNE 5, 2023 SCHEDULING CONFERENCE** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PHI1706285, et al,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, et al.,<br><br>    Defendant. | |
| NORTH AMERICAN CAPACITY INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and GEORGE M. TYNDALL,<br><br>    Defendants. | |

Upon consideration of the Stipulation to Consolidate Actions and Request to Continue the June 5, 2023 Scheduling Conference and good cause appearing, the Court hereby orders as follows:

1. The Actions entitled *Ironshore Specialty Insurance Company v. University of Southern California and George M. Tyndall,* United States District Court for the Central District of California Case No. 2:21-cv-1272-DDP (ASx), filed on February 11, 2021 (the "Ironshore Action"); *Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706285; and Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706286 v. University of Southern California and George M Tyndall*, United States District Court for the Central District of California Case No. 2:22-cv-03184 DDP (ASx) filed on May 10, 2022 (the "Lloyd's Action"); and *North American Capacity Insurance Corporation v. University of Southern California and George M Tyndall,* United States District Court for the Central District of California Case No. 2:23-cv-02975-DDP (ASx) filed on April 20, 2023 (the "NACIC Action") are consolidated for all purposes. All subsequent pleadings, motions, and other documents shall be filed in the earliest filed case (the Ironshore Action), Case No. 2:21-cv-1272-DDP (ASx), which shall serve as the lead case;

2. The Scheduling Conference currently set in the Ironshore Action and the Lloyd's Action for June 5, 2023 at 11:00 a.m. will be rescheduled to July 10 2023 at 11:00 a.m. and will apply to the consolidated cases, *i.e.,* the Ironshore Action, the Lloyd's Action, and the NACIC Action;

3. The Minute Order dated February 27, 2023 filed in the Ironshore Action at ECF No. 108 shall also apply to the NACIC Action;

4. The Parties in the consolidated cases (except Dr. Tyndall) shall file a Joint Rule 26(f) Report with the Court by July 10, 2023 setting dates in the consolidated cases;

5. USC and NACIC shall make their Initial Disclosures in the NACIC Action by July 10, 2023; and

6. Nothing herein precludes any party from moving in the future for an order for a separate trial.

**IT IS SO ORDERED.**

DATED: May 30, 2023

**DEAN D. PREGERSON**
**United States District Judge**

3